UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIQUAN ALLAH,

                              Plaintiff,

                    -against-                                    25-CV-5657 (JGLC)

D. JEANPIERRE,                                                   **ORDER**

                              Defendant.

JESSICA G. L. CLARKE, United States District Judge:

        The Court is in receipt of Plaintiff's letter, Opposition to the Motion to Dismiss, and

Notice of Motion. ECF Nos. 21–23. In correspondence directly to Chambers, counsel for

Defendant indicated that he timely received Mr. Allah's Opposition. With the Reply, counsel for

Defendant also attached Mr. Allah's Opposition. *See* ECF No. 20-1. The Court accepts Mr.

Allah's Opposition timely filed. Moving forward, Mr. Allah is directed to file all of his

documents, including any relevant opposition, by mailing them directly to *Pro Se* Docketing at

the address below:

> *Pro Se* Docketing
> Charles L. Brieant, Jr. Courthouse
> 300 Quarropas Street
> White Plains

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

Dated: March 25, 2026
        White Plains, New York

                                                    SO ORDERED.

                                                    _____
                                                    JESSICA G. L. CLARKE
                                                    United States District Judge