UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIQUAN ALLAH,

Plaintiff,

-against-

D. JEANPIERRE, HEARING OFFICER,

Defendant.

25 CIVIL 5657 (JGLC)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 28, 2026, the Court GRANTS Defendant's Motion to Dismiss in its entirety. Plaintiff's due process and wrongful confinement claims are DISMISSED with prejudice. Plaintiff's HALT Act claim is DISMISSED without prejudice to be repled in the appropriate New York state court. The Court DENIES Plaintiff leave to amend; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** Nelson Dulal [signature]
**Deputy Clerk**